UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Frangie Espinal**, *on behalf of herself and all other persons similarly situated*, <br><br>                               **Plaintiff,** <br><br> -against- <br><br> **Tastebud Concepts Inc.** <br><br>                               **Defendant.** | 1:25-cv-02116 (JMF) (SDA) <br><br> <u>ORDER</u> |

**STEWART D. AARON, United States Magistrate Judge:**

      A telephone conference was held today in which counsel for Plaintiff appeared. For the reasons stated on the record during the conference, it is hereby ORDERED that no later than July 8, 2025, Plaintiff shall seek a Clerk's Certificate of Default.

**SO ORDERED.**

DATED:      New York, New York
                July 1, 2025

                                                                        */s/ Stewart D. Aaron*
                                                                        STEWART D. AARON
                                                                        United States Magistrate Judge