UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANGIE ESPINAL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

    v.

TASTEBUD CONCEPTS INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-2116

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, TASTEBUD CONCEPTS INC., without prejudice and without fees and costs.

Dated: New York, New York
       July 10, 2025

                                 **GOTTLIEB & ASSOCIATES PLLC**

                                 */s/Michael A. LaBollita, Esq.*

                                 Michael A. LaBollita, Esq., (ML-9985)
                                 150 East 18th Street, Suite PHR
                                 New York, NY 10003
                                 Phone: (212) 228-9795
                                 Fax: (212) 982-6284
                                 Michael@Gottlieb.legal

                                 *Attorneys for Plaintiffs*

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

SO ORDERED:
*[signature]*
_____
United States District Court Judge
July 11, 2025